UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON, | 1:04-cv-05198-OWW-DLB-P |
|        Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 21) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| S.C. ROUSSEAU, et al., | |
|        Defendants. | |

Plaintiff, Curtis Renee Jackson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 1, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On June 30, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed June 1, 2006,
8 are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED in its entirety, without leave
10 to amend, as plaintiff was given the opportunity to file an
11 amended complaint and was unable to state a cognizable claim
12 under the applicable standards.
13 IT IS SO ORDERED.
14 **Dated:   August 25, 2006**          /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE

2