UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON, | 1:04-CV-05198-OWW DLB P |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| v. | ORDER DIRECTING CLERK TO SERVE COPY ON COURT OF APPEALS |
| S. C. ROUSSEAU, , | |
| Defendant. | (Document #30) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 28, 2006, judgment was entered in accordance with the Court's Order of August 25, 2006. On October 3, 2006, plaintiff filed a notice of appeal, and filed an application to proceed in forma pauperis on November 13, 2006. Examination of plaintiff's application to proceed in forma pauperis reveals that plaintiff is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **December 12, 2006**           **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE